| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | GUADALUPE ORTEGA-GARZA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-MJ-00072-JDP |
| Plaintiff, | MOTION TO EXTEND MOTION SCHEDULE; ORDER |
| vs. | Date: |
| GUADALUPE ORTEGA-GARZA | Time: |
| Defendant. | Judge:  Hon. Jeremy D. Peterson |

Benjamin Gerson, counsel for the Defendant, hereby respectfully moves the court to extend the present motion schedule.

On January 15, 2020, the Honorable Jeremy Peterson set a motion schedule as follows: defense motions by February 14, 2020; government reply by March 13, 2020; sur-reply by March 27, 2020, and argument on April 8, 2020.

The undersigned counsel assumed the role of lead counsel on the instant case after it had been previously carried by other assistant federal defenders.  As such, the undersigned had significant background research to conduct, and deeply regrets to inform the court that the work has taken longer than anticipated.  The undersigned did attempt to reach counsel for the government to stipulate to an extension, however, counsel was unavailable due to the holiday.

The undersigned therefore unilaterally moves the court to extend the deadline for filing until Wednesday, February 19, 2020, and consents to any adjustments in the motion schedule

necessary to accommodate similar courtesy extended to the government. The undersigned deeply regrets the inconvenience to the court and government counsel.

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: February 18, 2020     By:     /s/ *Benjamin Gerson*
                                                        Benjamin Gerson
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        Guadalupe Ortega- Garza

# ORDER

It is hereby ordered that the parties file motions on the following amended schedule: defense motion by February 19, 2020; government reply by March 4, 2020; sur-reply by March 18, 2020. Argument is set for April 1, 2020 at 2:00 pm, 2020.

IT IS SO ORDERED.

Dated: February 18, 2020

_____
UNITED STATES MAGISTRATE JUDGE