McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00072-JDP |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| GUADALUPE ORTEGA-GARZA, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves to dismiss Count Four of the Complaint, charging a violation of 36 C.F.R. § 2.31(a)(3)(destroy, injure, deface or damage property), in the interest of justice.

DATED: March 4, 2020               Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:    /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

1

1

ORDER

2

It is hereby ordered that count four of the complaint in this case is dismissed in the interest of

3

justice.

4

5

IT IS SO ORDERED.

6

7

Dated:    March 5, 2020

8

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28