| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUADALUPE ORTEGA-GARZA,<br><br>Defendant. | Case No. 6:19-po-00072-JDP<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF MOTION HEARING<br><br>Date: May 27, 2020<br>Time: 10:00 am<br>Court: Hon. Jeremy D. Peterson |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, and Defendant Guadalupe Ortega-Garza, by and through her attorney, Assistant Federal Defender Benjamin Gerson, hereby request and stipulate:

1. On May 14, 2020, this Court issued General Order 618, which closes all courthouses in the Eastern District of California to the public until further notice.
2. Hearing on Defendant's Motion to Suppress (ECF #10) is presently set for May 27, 2020 at 10:00 am.

///

///

///

///

3. The parties stipulate and request that the Court continue the motion hearing date from May 27, 2020 at 10:00 am to June 22, 2020 at 2:00 pm.

DATED: May 26, 2020                               Respectfully submitted,

                                                              McGREGOR W. SCOTT
                                                              United States Attorney

                                          By:       /s/ Jeffrey A. Spivak
                                                               JEFFREY A. SPIVAK
                                                               Assistant U.S. Attorney

DATED:  May 26, 2020                              HEATHER WILLIAMS
                                                               Federal Defender

                                                               /s/ Benjamin Gerson
                                                               BENJAMIN GERSON
                                                               Assistant Federal Defender
                                                              Counsel for Defendant Guadalupe
                                                               Ortega-Garza
                                                               (As approved by email 5/26/2020)

Stipulation and Proposed Order

**ORDER**

IT IS HEREBY ORDERED that motion hearing in this case is continued from May 27, 2020 at 10:00 a.m. to June 22, 2020 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   May 27, 2020                                    _____
                                                         UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order