**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
JORDAN CHAD BRUCKLACHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 6:19-mj-00048-JDP |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE CHANGE |
| ) | OF PLEA AND SENTENCING HEARING |
| ) | TO JULY 28, 2020; ORDER |
| vs. ) | THEREON |
| ) | |
| ) | Date:  July 28, 2020 |
| JORDAN CHAD BRUCKLACHER, ) | Time:  10:00 AM |
| ) | Judge:  Jeremy D. Peterson |
| Defendant. ) | |
| _____ ) | |

      **IT IS HEREBY STIPULATED** by and between the Defendant, JORDAN CHAD BRUCKLACHER, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SUSAN ST. VINCENT, that the Change of Plea and Sentencing Hearing in the above-captioned matter currently scheduled for July 21, 2020 at 10:00 AM be continued to July 28, 2020 at 10:00 AM. The government has no objection.

      Mr. Brucklacher has previously accepted responsibility for his actions. He signed the Change of Plea Agreement on June 1, 2020. Additionally he deposited the full amount of restitution into the Court's Deposit Fund as well as $1,000.00 into the same Court's Deposit Fund to cover the fine recommended by the government.

      Defense Counsel understands the Yosemite Court will not be held on July 21, 2020. Mr. Brucklacher respectfully requests a continuance of his Change of Plea and Sentencing Hearing in

Case No. 6:19-mj-00048-JDP from July 21, 2020 at 10:00 AM to July 28, 2020 at 10:00 AM. Time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interests of the public and the Defendant in a speedy trial.

Dated: July 1, 2020              /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 JORDAN CHAD BRUCKLACHER

Dated: July 1, 2020              /s/ Susan St. Vincent
                                 SUSAN ST. VINCENT
                                 Yosemite Legal Officer

**ORDER**

The above request to continue the change of plea and sentencing hearing in case no. 6:19-mj-00048-JDP from July 21, 2020 at 10:00 AM to July 28, 2020 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   July 1, 2020                                                    _____
                                                                                        UNITED STATES MAGISTRATE JUDGE