1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,            Case No.  6:19-mj-00072-HBK-1

12                 Plaintiff,              ORDER REVOKING RULE 43 WAIVER
                                           AND SUMMONING DEFENDANT TO
13          v.                             APPEAR

14    GUADALUPE ORTEGA,

15                 Defendant.

16

17          On September 28, 2021, a status conference was held in this matter.  At the status

18   conference, counsel for Defendant represented his efforts to contact Defendant by telephone and

19   email have be unavailing.  (*See* Minutes from September 28, 2021 Hearing at Doc. No. 31).  The

20   Court revoked Defendant's Rule 43 waiver and scheduled this matter for October 26, 2021 status

21   conference.  (*Id.*).

22          On May 19, 2021, an initial appearance was held on Defendant's alleged violation of

23   probation.  (Doc. No. 26).  The Court ordered discovery and set a status conference for August 3,

24   2021.  (*Id.*).  The status conference was twice rescheduled – first until August 31, 2021, and later

25   until September 28, 2021 – to allow Defendant additional time to complete the DUI course.

26   (Doc. Nos 28-30).  The Court will issue a summons compelling Defendant to appears at the

27   October 26, 2021 status conference.  Failure to appear will result in a warrant being issued for

28   Defendant's arrest.  The Court will also entertain at that time a motion by Defendant's counsel to

withdraw from this case.  (See *Guinooban v. Holder*, 542 F. App'x 614, 615 (9th Cir. 2013)

(allowing counsel to withdraw because she "cannot establish contact with her client.")

Dated:   October 7, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2